Filed 20-CI-002938 05/14/2020 David L. Nicholson, Jefferson Circuit



EXHIBIT A

NO._____

JEFFERSON CIRCUIT COURT
DIVISION \_\_
ELECTRONICALLY FILED

**DERRICK ARNOLD**                                                                        PLAINTIFF

v.                       **COMPLAINT**

PAUL BROWN STADIUM LTD.                                  DEFENDANTS
ONE PAUL BROWN STADIUM
CINCINNATI, OH 45202

        REGISTERED AGENT:    KATHERINE H. BLACKBURN
                                            PAUL BROWN STADIUM
                                            ONE PAUL BROWN STADIUM
                                            CINCINNATI, OH 45202

        SERVE:                     Kentucky Secretary of State
                                    700 Capital Avenue, Ste. 86
                                    Frankfort, KY 40601

And

THE SANTANGELO GROUP, INC.
4027 ALLSTON ST., STE. A
CINCINNATI, OH 45209

        REGISTERED AGENT:    JOSEPH SANTANGELO,
                                            4027 ALLSTON ST., STE. A
                                            CINCINNATI, OH 45209

        SERVE:                     Kentucky Secretary of State
                                    700 Capital Avenue, Ste. 86
                                    Frankfort, KY 40601

\* \* \* \* \*

Now comes the Plaintiff, by counsel, and for his Complaint, and states as follows:

1

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON CIRCUIT COURT
LOUISVILLE, KENTUCKY
BY_____ D.C.

Filed    20-CI-002938    05/14/2020    David L. Nicholson, Jefferson Circuit Clerk

1. That all times relevant hereto Derrick Arnold was a resident of Jefferson County, Kentucky.

2. That all times relevant hereto the Defendants owned and operated and/or carried on business operations in the Paul Brown Stadium located in Cincinnati, Ohio.

3. That all times relevant hereto the Defendants promoted operations at Paul Brown Stadium in Jefferson County, Kentucky, sold tickets in Jefferson County, Kentucky for a music festival that occurred on July 27, 2019, at Paul Brown Stadium, and purposefully availed themselves to the jurisdiction of this Court.

4. The Defendants, by virtue of the Long Arm Statute, have appointed the Kentucky Secretary of State as their Agent for Service of Process.

5. As a result of the aforementioned business activities in Kentucky, the Plaintiff purchased tickets to a music festival and traveled to Paul Brown Stadium to attend a music festival.

6. That on or about July 27, 2019, while attending the music festival at Paul Brown Stadium, Plaintiff was an invitee, legally on the Defendants' premises, and Defendants were negligent in their operation, maintenance, and oversight of the premises.

7. That as a direct and proximate result of the negligence of Defendants, the Plaintiff, sustained injuries and damages, including, but not limited to, past, present and future medical expenses, pain and suffering, lost wages and impairment to labor and earn.

2

Filed    20-CI-002938    05/14/2020    David L. Nicholson, Jefferson Circuit Clerk

Filed    20-CI-002938    05/14/2020    David L. Nicholson, Jefferson Circuit Clerk

8. That the amount in controversy exceeds the minimum jurisdictional requirements of this Court.

**WHEREFORE** Derrick Arnold demands:

1. Judgment against the Defendants for the aforementioned damages;
2. Trial by jury;
3. Costs expended herein;
4. Any and all other relief to which he may appear properly entitled;

**KRAUSER & BROWN**

/s/ *Jeri Barclay Poppe*
JERI BARCLAY POPPE
13102 Eastpoint Park Blvd.
Ste. 200
Louisville, Kentucky 40202
(502) 588-9000
*Counsel for Plaintiff Derrick Arnold*

L:\Active\19-0911dkb\Pleadings\Complaint.doc

Filed    20-CI-002938    05/14/2020    David L. Nicholson, Jefferson Circuit Clerk

Package:000005 of 000005

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Package : 000005 of 000005