UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DERRICK ARNOLD,<br>    Plaintiff, | Case Nos. 1:20-cv-558, 1:22-cv-485<br>McFarland, D.J.<br>Litkovitz, M.J. |
| v. | |
| PAUL BROWN STADIUM LTD, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court on Tuesday, March 28, 2023, for a telephone status conference. By agreement of the parties, and with the consent of the Court, the Calendar Order is hereby **STAYED**. At the next status conference on Thursday, May 11, 2023, at 3:00 p.m., the Court will establish new scheduling deadlines in this case.

**IT IS SO ORDERED.**

Date: 3/28/2023

Karen L. Litkovitz
Chief United States Magistrate Judge