IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Derrick Arnold,
    Plaintiff(s),

v.                                            Case No. 1:20-cv-558 & 1:22-cv-485
                                                     (Litkovitz, MJ ; Consent Case)

Paul Brown Stadium Ltd., et al.,
    Defendant(s).

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

ORDER that Defendants' motion for summary judgment (Doc. [66]) is GRANTED. Signed by Magistrate Judge Karen L. Litkovitz on 9/12/2024.  (See Doc. 77).

Date: September 12, 2024

                                                    Richard W. Nagel, Clerk of Court
                                                    By:  s/Arthur Hill, deputy clerk